Nicholas C. Margida
VA Bar No. 73176
Securities and Exchange Commission
100 F Street, N.E.
Washington DC 20549
Email: MargidaN@sec.gov
Telephone: (202) 551-8504
*Counsel for Plaintiff*
*Securities and Exchange Commission*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>JOEL J. NATARIO and JEFFERSON SCOTT (a/k/a "PATCH") BAKER,<br><br>Defendants. | Case No. 2:25-cv-00895-JCM-EJY<br><br>**STIPULATION AND ORDER TO EXTEND RESPONSIVE PLEADING DEADLINE**<br><br>**[FIRST REQUEST]** |

Plaintiff Securities and Exchange Commission ("Plaintiff" or "SEC") commenced this action on May 21, 2025. Pursuant to the SEC's request, each of Defendants Joel J. Natario ("Natario") and Jefferson Scott Baker ("Baker") (collectively "Defendants") agreed to waive service of the summons, and the SEC filed executed Waivers of the Service of Summons ("Waivers") for Baker and Natario on June 5 and 11, respectively. (*See* ECF Nos. 3-4). Pursuant to the Waivers, Defendants were required, pursuant to Fed. R. Civ. P. 12, to file their answers or other responsive pleadings on or before August 3, 2025, *id.*, which falls on a Sunday.

Plaintiff and Defendants (collectively, the "Parties") have agreed to a twenty-two (22) day extension of Defendants' time to file their answers or other responsive pleadings under Fed.

R. Civ. P. 12, to afford additional time for Defendants to retain local counsel admitted to the bar of this Court, or for their undersigned counsel to be so admitted or otherwise admitted to practice in this particular case pursuant to Rules IA 11-1 and/or IA 11-2 of the Court's Local Rules of Practice.  This is the Parties' first stipulation for an extension of time for Defendants to file responsive pleadings.

I.

**STIPULATION**

In light of the foregoing, Plaintiff and Defendants agree and stipulate, subject to the Court's approval, that the time for Defendants to file their answers or other responsive pleadings under Fed. R. Civ. P. 12 shall be extended to August 25, 2025.

Dated: July 15, 2025

| | |
|---|---|
| */s/ Nicholas C. Margida* <br> Nicholas C. Margida <br> Securities and Exchange Commission <br> 100 F. Street, N.E. <br> Washington, DC 20549 <br> Email: MargidaN@sec.gov <br> Telephone: (202) 551-8504 <br><br> *Counsel for Plaintiff* <br> *Securities and Exchange Commission* | */s/ Alejandro O. Soto* <br> Alejandro O. Soto <br> Fridman Fels & Soto PLLC <br> 150 Alhambra Circle, Suite 715 <br> Coral Gables, FL 33134 <br> Email: ASoto@ffslawfirm.com <br> Telephone: (305) 569-7707 <br><br> *Counsel for Defendant* <br> *Joel J. Natario* <br><br> */s/ Alex Lipman* <br> Alex Lipman <br> Lipman Law PLLC <br> 147 West 25th Street, 12th Floor <br> New York, NY 10001 <br> Email: AlexLipman@lipmanpllc.com <br> Telephone: (212) 401-0070 <br><br> *Counsel for Defendant* <br> *Jefferson Scott Baker* |

**II.**

**ORDER**

Based on the foregoing Stipulation by the Parties, and for good cause appearing,

**IT IS HEREBY ORDERED** that the Parties' Stipulation to Extend Responsive Pleading Deadline is **GRANTED**.

**IT IS FURTHER ORDERED** that the time for Defendants to file their answers or other pleadings responsive to Plaintiff's Complaint shall be extended until **August 25, 2025**.

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** July 15, 2025