Nicholas C. Margida
VA Bar No. 73176
Securities and Exchange Commission
100 F Street, N.E.
Washington DC 20549
Email: MargidaN@sec.gov
Telephone: (202) 551-8504
*Counsel for Plaintiff*
*Securities and Exchange Commission*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>JOEL J. NATARIO and JEFFERSON SCOTT (a/k/a "PATCH") BAKER,<br><br>Defendants. | Case No. 2:25-cv-00895-JCM-EJY<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER SETTING NEW DEADLINES** |

Pursuant to the Court's Order dated October 24, 2025 (ECF No. 23), Plaintiff Securities and Exchange Commission ("SEC") and Defendants Joel J. Natario and Jefferson Scott Baker (collectively, the "Parties") respectfully request that the Court enter an Order granting the Stipulation and setting the agreed-upon deadlines proposed herein.

On October 24, 2025, the SEC filed an unopposed motion to stay this case in light of the shutdown of the U.S. Government and the then-pending deadlines for the Parties to hold the mandatory Federal Rule of Civil Procedure ("Rule") 26(f) conference and file a stipulated discovery plan and scheduling order. ECF No. 22. The Court granted the SEC's unopposed motion the same day and ordered the Parties—within 14 days of the conclusion of the government shutdown—to "submit a proposed stipulated order setting forth new proposed

deadlines by which the parties will hold the Fed. R. Civ. P. 26(f) conference and file the stipulated discovery plan and scheduling order." ECF No. 23.  The government shutdown ended on November 12, 2025, and SEC staff, including the undersigned SEC counsel, returned to work on November 13, 2025.  Pursuant to the Court's October 24 Order, the Parties have agreed to and propose the new deadlines set forth in the following Stipulation:

I.

**STIPULATION**

In light of the foregoing, Plaintiff and Defendants agree and stipulate, subject to the Court's approval, that: (1) the Parties shall hold the Rule 26(f) conference on or before **December 10, 2025**, and (2) the Parties shall file a stipulated discovery plan and scheduling order on or before **December 19, 2025**.

Dated: November 21, 2025

/s/ Nicholas C. Margida
Nicholas C. Margida
Securities and Exchange Commission
100 F. Street, N.E.
Washington, DC 20549
Email: MargidaN@sec.gov
Telephone: (202) 551-8504
*Counsel for Plaintiff*
*Securities and Exchange Commission*

/s/ Alejandro O. Soto
Alejandro O. Soto (*Pro Hac Vice*)
Fridman Fels & Soto PLLC
150 Alhambra Circle, Suite 715
Coral Gables, FL 33134
Email: ASoto@ffslawfirm.com
Telephone: (305) 569-7707
*Counsel for Defendant*
*Joel J. Natario*

/s/ Bart K. Larsen
Bart K. Larsen
Shea Larsen PC
1731 Village Center Circle, Ste. 150
Las Vegas, NV 89134
Email: blarsen@shea.law
Telephone: (702) 362-7800
*Counsel for Defendant*
*Jefferson Scott Baker*

**II.**

**ORDER**

Based on the foregoing Stipulation by the Parties, and for good cause appearing,

**IT IS HEREBY ORDERED** that the Parties' Stipulation to Set New Deadlines is **GRANTED**.

**IT IS FURTHER ORDERED** that the Parties shall hold the Rule 26(f) conference on or before **December 10, 2025**, and shall file a stipulated discovery plan and scheduling order on or before **December 19, 2025**.

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

DATED:  November 21, 2025